# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE BARAJAS, | ) | No. CV 10-6338 R (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| McEWEN (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:   February 16, 2011

_____
MANUEL L. REAL
United States District Judge